PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LORRAINE RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00578-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 19) |

    Pending the Court's approval, the time for Defendant to file her Response to Plaintiff's Opening Brief is extended forty-five (45) days from September 6, 2022, up to and including October 21, 2022.  This is the Defendant's first request for an extension.

    Defendant regretfully requests this extension due to unexpected illness and other family issues including her father's fall and subsequent hospitalization.  Defendant also apologizes for the late filing of this stipulation.  Defendant made an inadvertent calendaring error in this case.  Upon discovering the error today, Defendant acted promptly to file this stipulation.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 15, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: September 15, 2022

PENA & BROMBERG

By   /s/ *Jonathan Pena\**
(*as authorized via e-mail on June 29, 2022)
JONATHAN PENA
Attorney for Plaintiff

# ORDER

Pursuant to the parties' stipulation (ECF No. 19), IT IS SO ORDERED that Defendant shall have an extension, up to and including October 21, 2022, to file her response to Plaintiff's Opening Brief. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**September 16, 2022**__    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE